UNITED STATES of America,
Plaintiff–Appellee,

v.

Marckson SAINT FLEUR,
Defendant–Appellant.

No. 11–11691
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 10, 2012.

Anne R. Schultz, Evelyn Baltodano–Sheehan, Wifredo A. Ferrer, U.S. Attorney, Andrea G. Hoffman, Cristina V. Maxwell, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Miguel Caridad, Kathleen M. Williams, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, EDMONDSON and HILL, Circuit Judges.

PER CURIAM:

Miguel Caridad, appointed counsel for Marckson Saint Fleur in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Saint Fleur's convictions and sentences are **AFFIRMED.**